AO 245A (Rev. 12/03) Judgment of Acquittal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 24 2017
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

JOHNNY EDWARD WALKER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:15CR0037-1 BSM

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

**Brian S. Miller - District Judge**
Name of Judge        Title of Judge

4-24-17
Date